IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-CV-52-F

| | |
|---|---|
| BARBARA GRIFFIN, personal Representative of the Estate of Quinton Lonell Griffin, Sr., and BARBARA GRIFFIN, Individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| HOUSEHOLD LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**ORDER**

The court previously was informed by the court-appointed mediator in this action that the parties have reached a complete settlement of the claims in this matter, and that the parties would be filing a stipulation of dismissal on or before May 20, 2013. To date, no stipulation of dismissal has been filed.

Regardless, given the mediator's statement, the court orders that this action is DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before July 2, 2013. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before July 2, 2013. The Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 18th day of June, 2013.

James C. Fox
Senior United States District Judge